10172.   TIDWELL v. THE STATE.

STEPHENS, J.   1. The charge of the court fully and fairly submitted the case to the jury, and the exceptions thereto are entirely without merit.

2. The other assignment of error is not referred to in the brief of counsel for plaintiff · in error, and is therefore treated as abandoned.

3. The verdict is amply supported by the · evidence, and the court did not err in overruling the motion for new trial.

    *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
              DECIDED JANUARY 9, 1919.

· Indictment for possession of intoxicating liquor; from Forsyth superior court—Judge Morris.   September 21, 1918.

   *H. B. Moss, Mozley & Gann,* for plaintiff in error.

   *John T. Dorsey, solicitor-general, Herbert Clay,* contra.